UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KERRY D. MILLER,

       Plaintiff,

v.

       Case No. 2:14-cv-45

       HON. ROBERT HOLMES BELL

AMY WESTCOMB et al.,

       Defendants.
_____/

**O R D E R**

In accordance with the opinion issued on this date,

**IT IS HEREBY ORDERED** that Defendants Amy Westcomb and John Kimsel's motions for summary judgment (ECF Nos. 147, 156) are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motions for summary judgment (ECF Nos. 152, 154) are **DENIED**.

**IT IS FURTHER ORDERED** that the Magistrate Judge's June 20, 2016 Report and Recommendation (ECF No. 182) is **APPROVED and ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's objections to the Report and Recommendation (ECF No. 183) are **OVERRULED**.

Dated: August 4, 2016                           /s/ Robert Holmes Bell
                                                                 ROBERT HOLMES BELL
                                                                  UNITED STATES DISTRICT JUDGE